# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0191.  CARA WILLIAMS v. THE STATE.**

Cara Williams seeks discretionary review of the trial court's order denying her motion to reinstate bond following the revocation of her pretrial bond in her underlying criminal case. We, however, lack jurisdiction.

An order denying the reinstatement of pretrial bond following revocation is not a final judgment as defined in OCGA § 5-6-34 (a) (1). See *Howard v. State*, 194 Ga. App. 857, 857 (392 SE2d 562) (1990). Rather, such an order is an interlocutory ruling  as Williams's criminal case remains pending below. See *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard*, 194 Ga. App. at 857. In order to appeal such an order, an applicant must comply with the interlocutory appeal procedure and obtain a certificate of immediate review. See OCGA § 5-6-34 (b). Although Williams filed a discretionary application, "[t]he discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b)." *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

Williams's failure to follow the proper appellate procedure deprives us of jurisdiction to consider this application. *Mullinax*, 271 Ga. at 112 (1). Accordingly, Williams's application for discretionary review is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/10/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*